17-mj-8-gpg

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Drew Hatch, Task Force Officer with the Drug Enforcement Administration (DEA), Department of Justice, being duly sworn, hereby state as follows:

1. I have been employed as a Police Officer since June of 2007 with the Glenwood Springs Police Department. I am currently assigned as a Task Force Officer for DEA. In such capacity, I investigate violations of federal criminal law, including controlled substance offenses, and I am authorized to make arrests for federal crimes.

2. I assert that there is probable cause to believe that Paul HERNANDEZ Contreras, date of birth 12/03/1971, has violated Title 21, United States Code, Section 846: Conspiracy and Title 21, United States Code, Section 841(A)(1)(a): Possession with Intent to Distribute, more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine. The statements set forth in this affidavit are based upon my training and experience, consultation with other experienced investigators, agents, and other sources of information related to this and other firearms investigations. This affidavit is intended to set forth probable cause in support of the criminal complaint and arrest warrant and does not purport to set forth all of my knowledge regarding this investigation.

3. Your affiant has identified Daniel TAPIA-Morales as a major source of supply for methamphetamine in the Western Slope area of Colorado.

4. On December 27, 2016, the Honorable Wiley Daniel, Senior Judge for the Federal District of Colorado, authorized the interception of all electronic communications occurring to and from TARGET FACEBOOK TWO, 100003502156855 and under the user name "Daniel Tapia." The authorization is documented under Federal Court case number 16-WT-00005-WYD.

1

5. On January 13, 2017, the Honorable Robert Blackburn, Judge for the Federal District of Colorado, authorized the interception of all electronic and oral communications occurring to and from TARGET TELEPHONE FOUR, (970) 319-4631. The authorization is documented under Federal Court case number 16-WT-5-WYD. Upon service of the Court Order for TARGET TELEPHONE FOUR to Verizon, your affiant learned that TARGET TELEPHONE FOUR had changed the ESN for the device.

6. On January 18, 2016, Task Force Officer (TFO) Drew Hatch submitted an amended affidavit for a Title III wire and electronic intercept for TARGET TELEPHONE FOUR, with the only change being the correct ESN. On January 18, 2017, the Honorable Wiley Daniel, Judge for the Federal District of Colorado, authorized the interception of all electronic and oral communications occurring to and from TARGET TELEPHONE FOUR, (970) 319-4631. This authorization is documented under Federal Court case number 16-WT-5-WYD.

7. During the time of these interceptions, Daniel TAPIA was in possession of and utilizing TARGET TELEPHONE FOUR. On January 19, 2017, at approximately 5:21 pm, in session 40 of the interception of TARGET TELEPHONE FOUR, TAPIA received a phone call from telephone number 970-989-4944. The user of 970-989-4944 is believed to be Paul HERNANDEZ Contreras. It is believed HERNANDEZ Contreras is involved in the importation of methamphetamine from the Republic of Mexico to the United States of America. HERNANDEZ Contreras resides in the Riverside, California, area. It is believed that HERNANDEZ Contreras further distributes methamphetamine to Colorado and other unknown areas in the United States of America from Riverside, California. Since December 2016, agents have documented HERNANDEZ Contreras travels to Colorado, Nevada and Texas. During the January 19, 2017 intercepted phone call, TAPIA asked HERNANDEZ

Contreras what they would be doing about "las mercas." Translated, "las mercas" means merchandise. HERNANDEZ Contreras told TAPIA that he would be there Sunday with "ten." HERNANDEZ Contreras later tells TAPIA he will be there Sunday or Monday. Your affiant believed that HERNANDEZ Contreras was telling TAPIA he would transport ten pounds of methamphetamine to Colorado and would arrive either on Sunday, January 22, 2017 or Monday, January 23, 2017.

8. On January 21, 2017, agents learned through intercepted communications over TARGET FACEBOOK TWO and TARGET TELEPHONE FOUR that HERNANDEZ Contreras was planning on traveling from Riverside, California, to Las Vegas, Nevada. In addition to utilizing the telephone assigned telephone number 970-989-4944, agents have determined HERNANDEZ Contreras also utilizes a cellular telephone assigned telephone number 951-202-7047. The subscriber for this telephone is Vanessa Flores at 5372 Sunnyside Drive, Riverside, California. During this time, Agents had obtained court authorized Pen Register Trap and Trace orders, as well as cell site orders from the court for the two telephones that were being utilized by HERNANEZ Contreras.

9. On January 22, 2017, utilizing cell site information, agents observed that between 4:56 am and 5:34 am, the cellular telephone assigned telephone number 951-202-7047 was utilizing cellular telephone towers located in Riverside, California. Between 9:46 am and 9:59 am, the 951-202-7047 telephone was utilizing cellular telephone towers in Las Vegas, Nevada. At 11:11 am, the 951-202-7047 telephone utilized a cellular telephone in Mesquite, Arizona. At 11:18 am, the 951-202-7047 telephone utilized a tower near Halloran Springs, California. Between 11:49 am and 4:40 pm, the 951-202-7047 telephone used a series of cellular towers

along I-15 and I-70 in Utah.  The cellular towers utilized showed a path of driving north and then east through Utah towards Colorado.

10. In anticipation of HERNANDEZ Contreras transporting methamphetamine from California to Colorado, on the afternoon of January 22, 2017, DEA Agents and Task Force Officers established surveillance in eastern Utah and western Colorado along Interstate 70 in an attempt to identify a vehicle or vehicles utilized by HERNANDEZ Contreras.  At approximately 4:57 pm, surveillance agents observed a blue Toyota Sequoia bearing California license plate 5KLX990 traveling east bound on Interstate 70 near the Utah/Colorado border.  California license plate 5KLX990 is assigned to a 2004 Toyota and registered to Fred G Soria at 5372 Sunnyside Drive, Riverside, California.  This is the same address as the subscriber for telephone number 951-202-7047.  A short time later, this blue Toyota Sequoia was observed stopping at the Double Tree hotel in Grand Junction, Colorado.  While at the hotel, the driver was positively identified as HERNANDEZ Contreras.

11. On January 22, 2017, at approximately 5:32 PM, in session 151 over TARGET TELEPHONE FOUR, HERNANDEZ Contreras was intercepted telling TAPIA that he would head that way so he could throw "that" in the storage.  Your affiant believes that HERNANDEZ Contreras was referring to methamphetamine when he said "that."

12. The day before, on January 21, 2017, in session 129 over TARGET TELEPHONE FOUR, TAPIA was intercepted asking HERNANDEZ Contreras to "refresh his memory" on the combo to the "thing."  HERNANDEZ Contreras told TAPIA "1271".  Then again in session 130 over TARGET TELEPHONE FOUR, on January 21, 2017, TAPIA again asked for the number again.  HERNANDEZ Contreras told TAPIA to remember his birthday is in

December, 12, and the year HERNANDEZ Contreras was born, 71.  TAPIA acknowledged and asked HERNANDEZ Contreras the location of the "thing".  HERNANDEZ Contreras told TAPIA it was the "fourth building" and it was "number 64."  Your affiant believes that because TAPIA was asking for the combination to the storage unit that TAPIA had access to retrieve and store things within the unit.

13. On January 22, 2017, agents and task force officers conducted constant surveillance of HERNANDEZ Contreras from the time he departed the Double Tree hotel in Grand Junction until approximately 6:30 pm, when HERNANDEZ Contreras was seen pulling up to the gate at South Bank Secure Storage located at 1453 Airport Road, Rifle, Colorado.  Agents lost sight of HERNANDEZ Contreras when he entered the storage business.  Given the location, agents were unable to follow HERNANDEZ Contreras to the storage unit without revealing to him their surveillance of him.

14. On January 23, 2017 at approximately 11:21 a.m., Daniel TAPIA, using TARGET TELEPHONE FOUR called to (970) 989-4944, utilized by Paul HERNANDEZ Contreras.  During the conversation, TAPIA asked HERNANDEZ if the "white hoes" were still over there and HERNANDEZ affirmed.  TAPIA asked HERNANDEZ if he needed TAPIA to run him (HERNANDEZ) down any of it, because he (TAPIA) needed to stop by and pick one.  TAPIA explained that he had a couple of homies that are doing good at it.  TAPIA informed HERNANDEZ he ran out.

15. They then spoke further about testing the product.  HERNANDEZ then told TAPIA to go ahead and grab one and when he (TAPIA) came down they (HERNANDEZ and TAPIA) could sit down to put numbers together and TAPIA acknowledged.  They then talked further about money and then bid each other farewell.

16. At approximately 11:43 a.m., a Task Force Officer saw a red Nissan Sentra with temporary tags leave from the area of McCarron Court. Another Task Force Officer then saw that Daniel TAPIA was the driver and sole occupant of the vehicle.

17. At approximately 11:49 a.m., a Task Force Officer saw TAPIA drive into the gated area at the mini storage located at 1453 Airport Road, Rifle, Colorado. At approximately 12:01 p.m., a Task Force Officer saw TAPIA leave the mini storage and drive to the Wal-Mart. The Task Force Officer also noted that the temporary tag on the Nissan was 851144Y. At approximately 12:40 p.m., a Task Force Officer saw TAPIA pull back into McCarron Court.

18. On January 23, 2017, the Honorable Gordon P. Gallagher, Magistrate Judge for the District of Colorado, authorized a search warrant for the contents of storage unit number 64. Agents executed the warrant on January 23, 2017 and seized 4.75 gross kilograms of methamphetamine, 270.5 gross grams of cocaine, and a written plea offer with the name Daniel M TAPIA-MORALES - 16M485 on it.

19. The methamphetamine was in a cardboard box that contained seven rectangular packages. Your affiant later processed this and found that it was a tupperware style container taped closed, then wrapped in cellophane with what smelled like engine oil wiped on it, then taped again with brown tape. Inside of the tupperware was a crystalline substance that tested presumptive positive for methamphetamine. The total weight of these packages and contents was 4.75 gross kilograms. One smaller ziploc-style bag of cocaine was in the box with the methamphetamine and a larger ziploc-style bag of cocaine was in a gym bag on the floor next to the box of methamphetamine. The substance in the larger ziploc-style bag tested presumptive positive for cocaine. The total weight of the cocaine and packaging was 270.5

gross grams. The plea offer paperwok was located in a plastic tub next to the methamphetamine with miscellanous items in it.

20. After the seizure of the methamphetamine and cocaine from the storage locker in building 4 and unit 64 at South Bank Secure Storage located in Rifle, Colorado, your affiant prepared an Administrative Subpoena to determine to owner of that storage unit.

21. On a letter dated February 16, 2017, TFO Hatch received the following information:

22. From December 31, 2016 to February 10, 2017, South Bank Secure Storage had the unit they list as "01-00464" as belonging to "Paul Contreras."

23. Based upon the aforementioned information, events, and my training and experience, I submit that there is probable cause to believe that Paul HERNANDEZ Contreras, date of birth 12/03/1971 has committed a violation of the following federal laws, which substantiates the issuance of an arrest warrant:

**21 U.S.C. §§ 841 (a)(1), (b)(1)(A)(viii) and 846**: Conspiracy to Distribute and Possess with Intent to Distribute 50 grams or more of methamphetamine or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine

**21 U.S.C. §§ 841 (a)(1) and (b)(1)(A)(viii)**: Possession with Intent to Distribute more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine

I, Drew Hatch, being duly sworn according to law, depose and say that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

 s/Drew Hatch
Drew Hatch
Task Force Officer
DEA

Sworn to before me this __25__ day of __April__, 2017.

_____
United States Magistrate Judge

**Affidavit reviewed and submitted by Celeste Rangel, Assistant United States Attorney.**